1  MARINA C. TSATALIS, State Bar No. 178897
   KORAY J. BULUT, State Bar No. 23298
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendants
6  ACTEL CORPORATION, BARBARA
   McARTHUR AND JASON FENG
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                                         *E-FILED - 5/18/06*

11 ROBERT WILLIAMS, an individual    )   CASE NO.: C06-02403 RMW
                                     )
12         Plaintiff,                )   **STIPULATION AND**
                                     )   **ORDER REFERRING CASE TO**
13         v.                        )   **BINDING ARBITRATION,**
                                     )   **STAYING COURT ACTION**
14 ACTEL CORPORATION INC., a California )  **PENDING ARBITRATION, AND**
   Corporation; BARBARA MCARTHUR, an    )  **EXTENDING TIME FOR**
15 Individual and as Vice President of Human ) **DEFENDANTS TO FILE**
   Resources of Actel Corporation, JASON FENG, ) **RESPONSIVE PLEADING**
16 an individual and as the managing supervisor of ) **PURSUANT TO CIVIL LOCAL**
   Plaintiff at Actel Corporation, and DOES 1 )  **RULE 6-1(a)**
17 through DOES 100 inclusive,          )
                                        )
18 _____Defendants._____            )

19

20      WHEREAS, Plaintiff Robert Williams. ("Plaintiff") filed its Complaint against Actel

21 Corporation, Barbara McArthur and Jason Feng ("Defendants") (collectively the "Parties") on

22 February 14, 2006;

23      WHEREAS, Defendants removed this action to United States District Court on April 6,

24 2006;

25

26
   STIPULATION AND ORDER                                      PALIB1_2866755_1.DOC
27 REFERRING CASE TO BINDING
   ARBITRATION, STAYING COURT ACTION
28 PENDING ARBITRATION, AND
   EXTENDING TIME FOR DEFENDANTS TO
   FILE RESPONSIVE PLEADING PURSUANT
   TO CIVIL LOCAL RULE 6-1(a)
   CASE NO.: C06-02403 RS

1  WHEREAS, Plaintiff agreed to extend the time for Defendants to file their responsive
2  pleading to April 25, 2006, which agreement was set forth in a Stipulation and filed with this
3  Court on April 21, 2006;

4  WHEREAS, pursuant to an arbitration agreement set forth in the 2004 Actel Corporation
5  Employee Guidelines, Plaintiff agreed to binding arbitration of the causes of action that he has
6  alleged in this case;  and

7  WHEREAS, Defendants are providing Plaintiff with a complete copy of the 2004 Actel
8  Corporation Employee Guidelines, at his request.

9  NOW THEREFORE, the Parties HEREBY STIPULTAE as follows:

10  1.  Subject to Plaintiff's review of the entire 2004 Actel Corporation Employee
11  Guidelines, Plaintiff will comply with his agreement to arbitrate and submit the causes of action
12  that he has alleged in this case to binding arbitration pursuant to his arbitration agreement.

13  2.  The court action shall be stayed pending the completion of the arbitration.

14  3.  Plaintiff shall inform Defendants by 5:00 p.m. on April 26, 2006 if he refuses to
15  proceed to binding arbitration based on any provision of the 2004 Actel Corporation Employee
16  Guidelines.

17  4.  If Plaintiff timely refuses to proceed to arbitration based on his review of the 2004
18  Actel Corporation Employee Guidelines, the deadline for Defendants to file their first responsive
19  pleading shall be extended to April 27, 2006.

20  IT IS SO STIPULATED.

21  Dated:  April 25, 2006                                   WILSON SONSINI GOODRICH & ROSATI
                                                             Professional Corporation
22
23                                                           By: /s/ Koray J. Bulut
                                                                    Koray J. Bulut
24
                                                             Attorneys for Defendants
25                                                           ACTEL CORPORATION, BARBARA
                                                             McARTHUR AND JASON FENG
26

27  STIPULATION AND ORDER                           -2-                    PALIB1_2866755_1.DOC
    REFERRING CASE TO BINDING
    ARBITRATION, STAYING COURT ACTION
28  PENDING ARBITRATION, AND
    EXTENDING TIME FOR DEFENDANTS TO
    FILE RESPONSIVE PLEADING PURSUANT
    TO CIVIL LOCAL RULE 6-1(a)
    CASE NO.:  C06-02403 RS

| | |
|---|---|
| 1  Dated: April 25, 2006 | KALLIS LAW FIRM |
| 2 | |
| 3 | By: _____ |
|   | Jeffrey Kallis |
| 4 | Attorneys for Plaintiff |
|   | ROBERT WILLIAMS |

**O R D E R**

IT IS SO ORDERED.  The court action is hereby stayed until the binding arbitration has been had in accordance with the terms of the parties' agreement.

Dated: May 18, 2006          /S/ RONALD M. WHYTE
                             Hon. Ronald M. Whyte  U.S. District Judge